**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:11-0220** |
| | ) | **JUDGE KEVIN H. SHARP** |
| **JERRY LEE CONWAY** | ) | |

### O R D E R

The Defendant, Jerry Lee Conway, shall appear before the Court on **Tuesday, October 30, 2012 at 1:30 p.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE