UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00220 |
| | ) | JUDGE SHARP |
| | ) | |
| JERRY LEE CONWAY | ) | |

AGREED ORDER

Based on the agreement of the parties, the Supervised Release Revocation hearing scheduled on October 30, 2012, at 1:30 p.m is hereby CANCELLED and a status hearing is re-scheduled in six (6) months, on _____.

Enter this the 4; yj "f c{ "qh"Qevqdgt."42340

_____
KEVIN H. SHARP
U.S. DISTRICT JUDGE


APPROVED FOR ENTRY:

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
Attorney for Jerry Lee Conway


s/ *Lynne T. Ingram*
Lynne T. Ingram
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203