UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:11-0220 |
| | ) | JUDGE KEVIN H. SHARP |
| JERRY LEE CONWAY | ) | |

**O R D E R**

Pending before the Court is the Government's Motion to Dismiss Petition (Docket No. 18).

For the reasons stated in the motion, the motion is GRANTED. The revocation hearing scheduled for May 3, 2013, at 1:30 p.m. is hereby CANCELLED.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE