**MOTION GRANTED**
*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00220 |
| | ) | JUDGE SHARP |
| JERRY LEE CONWAY | ) | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension of two weeks to respond to the defendant's Motion for Early Termination of Supervised Release pending before the Court. (D.E. 22).

In support of this motion, the undersigned submits the government is in the process of reviewing the instant motion and needs additional time to formulate an appropriate response. Therefore, the undersigned requests an extension of two weeks to file the response to the Motion for Early Termination of Supervised Release.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*s/ Lynne T. Ingram*
LYNNE T. INGRAM
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151